No. 83–6361.   MANZANARES v. NEW MEXICO, 471 U. S. 1057;
No. 84–1083.   WEST, AS MOTHER AND ADMINISTRATRIX OF THE ESTATE OF WEST, ET AL. v. UNITED STATES, 471 U. S. 1053;
No. 84–5035.   SPIKES v. INDIANA, 471 U. S. 1001;
No. 84–6073.   NELSON v. LOUISIANA, 471 U. S. 1030;
No. 84–6154.   ALBANESE v. ILLINOIS, 471 U. S. 1044;
No. 84–6378.   MAXWELL v. BORDEN, INC., 471 U. S. 1057;
No. 84–6386.   NEELY v. CENTRAL INTELLIGENCE AGENCY, 471 U. S. 1022; and
No. 84–6440.   HARTER v. SHULTZ, SECRETARY OF STATE, ET AL., 471 U. S. 1068.   Petitions for rehearing denied.

JUNE 17, 1985

No. 84–1517.   FAHEY v. AXELROD, COMMISSIONER OF HEALTH OF THE STATE OF NEW YORK.   Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1817.   THIBAULT v. WEISS ET AL.   Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1818.   WILLIAMS ET UX. v. GOVINE ET AL.   Appeal from D. C. Conn. dismissed for want of jurisdiction.